AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>Andrew Voegel-Podadera<br><br>*Defendant* | )<br>)  Case No.  MJ25-371<br>)<br>)<br>)<br>) |

CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Andrew Voegel-Podadera                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Acquiring a Controlled Substance by Misrepresentation, Fraud, Deception, and Subterfuge; Title 21 United States Code, Section 843(a)(3)

Date:    06/18/2025                                                               _____
                                                                                                   *Issuing officer's signature*

City and state:    Seattle, Washington                               Brian A. Tsuchida, United States Magistrate Judge
                                                                                                   *Printed name and title*

### Return

This warrant was received on *(date)*   6/18/25  , and the person was arrested on *(date)*   6/24/25
at *(city and state)*   Seattle, WA   .

Date:   6/24/25

_____
*Arresting officer's signature*

Shaun Seger, Special Agent
*Printed name and title*